UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HOLLY MENGES | ) | Case Number: 09-5491 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| LAW OFFICE OF THOMAS LANDIS | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |

## STIPULATION OF DISMISSAL

AND NOW, this 19th day of April, 2010, it is hereby Stipulated and Agreed by and between counsel for plaintiff and counsel for defendant in the above captioned matter that the above captioned matter be dismissed with prejudice.

Warren & Vullings, LLP

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff

Law Office of Thomas Landis

BY: _____
Thomas G. Landis, Esquire
Attorney for Defendant